## EX PARTE JOHN BYRD.

### No. 1761.  Decided November 27, 1907.

**Local Option—Constitutional Law.**

    The case of Ex Parte Dupree, ante, followed and held to govern the decision herein.

Original proceeding by writ of habeas corpus from the Supreme Court procured by relator Byrd against the sheriff of Brown County.

*Harrison & Wayman,* for relator.

*Robert V. Davidson,* Attorney-General, and *Jas. D. Walthall,* Assistant, for respondent.

MR. JUSTICE BROWN delivered the opinion of the court.

The facts in this case are practically the same as in No. 1762, Ex parte Milt Dupree, and for the reasons assigned in the opinion filed in No. 1762, this day, it is ordered that relator John Byrd be remanded to the custody of the Sheriff of Brown County to be by him held under the order of the judge of the District Court for that county, and that relator Byrd pay all costs of this proceeding.